UNITED STATES DISTRICT OF COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 21  PM 2: 59

| Shane Richards (Pro Se) | (Case I.D. Number) |
|---|---|
| Plaintiff | |
| -vs- | |
| Warner Music Group, The Orchard Music, and Blunt Recordings | |
| Defendant | |

## 17 U.S. Code § 502

I, Shane Richards, of 100 Fisher Ave, PO Box 703, White Plains, New York, United States.

**MAKE OATH UNDER THE PENALTY OF PERJURY:**

Respectfully request for the court to grant relief of One Hundred and Fifty Thousand Dollars ($150,000.00) and Four Hundred Dollars ($400.00) filing fees under the copyright infringement statute. Shane Richards, is the sole owner of sound recording song titled "Nah Run Down Gal" aka Nah Run Nuh Gal, Performed by Oneil Bryant performing name Elephant Man and Patrick Ricardo Jackson performing name Harry Toddler of Scare Dem Crew.

This song was originally release in 1997 by Greensleeves Records on Behalf of record producer Shane Richards of Shines Production.

Warner Music Group, Orchard Music and Blunt Records have release song title "Nah Run Down Gal" aka "Nah Run Nuh Gal" without permission from the sound recording owner Shane Richards. Defendants infringe US Copyright Certificate SR0000639029. Registration date 2008-07-25. **(EXHIBIT C and D)**

You tube Copyright Claim below, Warner Music Group, Orchard Music and Blunt Recording refused to remove the claim July 14, 2022, **(EXHIBIT B)** after they were contacted by the intellectual property owner Shane Richards on June 19, 2022, via You tube dispute **(EXHIBIT A)**.

SONG
Nah Run Down No Gal
ARTIST
Scare Dem Crew
ALBUM
Scared From the Crypt
LICENSES

WMG, The Orchard Music (on behalf of Blunt Recordings/The Orchard); The Royalty Network (Publishing), and 1 Music Rights Societies

Signed _____(Pro Se)
Shane Richards, Owner of Sound Recording

cc: Warner Music Group
    1633 Broadway, New York, NY 10019

cc: The Orchard Music
    23 E. 4th Street, Ste 3, New York, NY 10003

cc: Blunt Recordings
    23 E. 4th Street, Fl 3, New York, NY 10003

STATE OF NEW YORK

COUNTY OF UNITED STATES

SUBSCRIBED AND SWORN TO BEFORE ME, on the 19th day of July, 2022

Signature _Marie Dykas_
(Seal)
NOTARY PUBLIC
My Commission expires:

_Shane Richards_
(Signature)

Shane Richards

MARIE DYKAS
Notary Public, State of New York
No. 01DY6120125
Qualified in Suffolk County
Commission Expires Dec. 13, 2024

EXHIBIT C

# SOUND RECORDING

|  |  |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000639029 / 2008-07-25 |
| **Application Title:** | Ragga Ragga Ragga 10. |
| **Title:** | Flava, et al. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Marwan Music LLC, Transfer: by written agreement. Address: P.O Box 7880, Los Angeles, CA, 90007, United States. |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 1998-03-02 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | Shane Richards; Domicile: Jamaica; Citizenship: Jamaica. Authorship: sound recording, performance. |
| **Rights and Permissions:** | Marwan Music LLC, P.O Box 7880, Los Angeles, CA, 90007, United States |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | Flava -- Superman -- Nah Run Nuh Gal -- Dolly House -- Cold Like Ice -- Gal Sheet -- No One Style -- Big Things Ah Gwaan -- Tell A Gal Chill -- Dem Ah Watch Mi -- Picture Frame -- Pelpa. |
| **Names:** | Richards, Shane |
| | Marwan Music LLC |

**Fwd: [Copyright claim] Your dispute has been submitted**

From: **YouTube** <accounts-noreply@youtube.com>
Date: Sun, Jun 19, 2022 at 1:12 AM
Subject: [Copyright claim] Your dispute has been submitted
To: Shines Production <shines98records@gmail.com>



Hi Shines Production,

The following claim on video Nah Run Down Gal, Elephant Man Ft. Harry Toddler #elephantman #harrytoddler #nahrundowngal #1997 has been disputed:

- **Video title:** Nah Run Down Gal, Elephant Man Ft. Harry Toddler #elephantman #harrytoddler #nahrundowngal #1997
- **Copyrighted content:** Nah Run Down No Gal
- **Claimed by:** The Orchard Music and WMG

View options

Reason for dispute: Video is uploader's original content

- I have a good faith belief that the claim(s) described above have been made in error, and that I have the right(s) necessary to use the contents of my video for the reasons I have stated.
- I am sure that I own all rights to the audio and visual content in this video, and I want to dispute this claim.
- I understand that my video will be viewable by the claimant(s) so that they can review my dispute.
- I understand that filing fraudulent disputes may result in termination of my YouTube channel.

Authorized signature:

You are receiving this email as confirmation that we have received your dispute. The Orchard Music and WMG has up to 30 days to review the information you provided and take action.

If the copyright owners agree with your dispute, they can release the claim at any time. If they disagree, they can choose to uphold it, and the claim will remain active on your video. Learn more about [//support.google.com/youtube/answer/2797454?hl=en]disputes.

Sincerely,
The YouTube Team

EXHIBIT B



# [Copyright claim] Your dispute has been reviewed: "Nah Run Down Gal, Elephant Man Ft. Harry Toddler #elephantman #harrytoddler #nahrundowngal #1997"

**YouTube** <accounts-noreply@youtube.com>  Thu, Jul 14, 2022 at 12:27 PM
To: Shines Production <shines98records@gmail.com>



Hi Shines Production,

After reviewing your dispute, The Orchard Music has decided that their copyright claim is still valid.

> **Video title:** Nah Run Down Gal, Elephant Man Ft. Harry Toddler #elephantman #harrytoddler #nahrundowngal #1997
> **Copyrighted content:** Nah Run Down No Gal
> Claimed by: The Orchard Music

View options

**Why this can happen**

- The copyright owner might disagree with your dispute.
- The reason you gave for disputing the claim may have been insufficient or invalid.

- The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

  Shines Production &lt;shines98records@gmail.com&gt;

# Copyright catalog Builder Search for shanenbsprichardsnbspinnbspKeywordnbspAnywherenbs

2 messages

**Library of Congress Catalog** &lt;no-reply@loc.gov&gt;  Fri, Jul 15, 2022 at 2:43 PM
To: shines98records@gmail.com

   Type of Work:    Sound Recording

   Registration Number / Date:
          SR0000639029 / 2008-07-25

   Application Title: Ragga Ragga Ragga 10.

   Title:      Flava, et al.

   Description:    Compact disc.

   Copyright Claimant:
          Marwan Music LLC, Transfer: by written agreement.

   Date of Creation: 1998

   Date of Publication:
          1998-03-02

   Nation of First Publication:
          United Kingdom

   Authorship on Application:
          Shane Richards; Domicile: Jamaica; Citizenship: Jamaica.
            Authorship: sound recording, performance.

   Rights and Permissions:
          Marwan Music LLC, P.O Box 7880, Los Angeles, CA, 90007,
            United States

   Copyright Note:   C.O. correspondence.

   Names:      Richards, Shane
          Marwan Music LLC

================================================================

+++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

## TABLE OF CONTENT

1. Copyright Infringement Complaint

2. Sound Recording

3. YouTube Dispute Complaint - Dated June 19, 2022 **(EXHIBIT A)**

4. YouTube Dispute Complaint Reviewed - July 14, 2022 **(EXHIBIT B)**

5. US Copyright Catalog Search - **(EXHIBIT C and D)**

6. PROOF OF ADDRESS SERVICE

7. MONEY ORDER FEE FOR FILING $350.00

8. SHANE RICHARDS EMAIL CONTACT SHINES98RECORDS@GMAIL.COM

# PROOF OF ADDRESS SERVICE

**Warner Music Group:**
1633 Broadway, New York, NY 10019

**PAYMENT:**





USPS
WYANDANCH
1569 STRAIGHT PATH
WYANDANCH, NY 11798-3230
(800)275-8777

07/19/2022                           02:19 PM

Product            Qty    Unit     Price
                          Price

First-Class Mail®   1              $0.84
Letter
  New York, NY 10003
  Weight: 0 lb 1.50 oz
  Estimated Delivery Date
    Thu 07/21/2022
  Certified Mail®                  $4.00
    Tracking #:
      70171450000123594506
  Return Receipt                   $3.25
    Tracking #:
      9590 9402 3679 7335 7802 11
Total                              $8.09

First-Class Mail®   1              $0.84
Letter
  New York, NY 10019
  Weight: 0 lb 1.50 oz
  Estimated Delivery Date
    Thu 07/21/2022
  Certified Mail®                  $4.00
    Tracking #:
      70171450000123594513
  Return Receipt                   $3.25
    Tracking #:
      9590 9402 3679 7335 7801 98
Total                              $8.09

**The Orchard Music:**
E. 4th Street, Ste 3, New York, NY 10003

First-Class Mail®   1              $0.84
Letter
  New York, NY 10003
  Weight: 0 lb 1.50 oz
  Estimated Delivery Date
    Thu 07/21/2022
  Certified Mail®                  $4.00
    Tracking #:
      70171450000123594520
  Return Receipt                   $3.25
    Tracking #:
      9590 9402 3679 7335 7802 28
Total                              $8.09

Money Order                      $350.00
  Serial#: 28278656662
  Money Order Fee                  $1.65
Total                            $351.65

Grand Total:                     $375.92

Cash                             $380.00
Change                            -$4.08

**Blunt Recordings:**
23 E. 4th Street, Fl 3, New York, NY 10003

U.S. POSTAGE PAID
FCM LETTER
WYANDANCH, NY
11798
JUL 19, 22
AMOUNT
**$8.09**
R2304N118137-05

2022 JUL 21 PM 2:52

10007



1000



CERTIFIED MAIL®

7017 1450 0001 2359 4537

**Pro-se Intake clerk**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Shane Richards
100 Fisher Avenue
White Plains, NY 10606