UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANE RICHARDS,

                Plaintiff,

-v.-

WARNER MUSIC GROUP, THE ORCHARD MUSIC, and BLUNT RECORDINGS,

                Defendants.

22 Civ. 6200 (KPF)

**ORDER OF SERVICE**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff Shane Richards, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Warner Music Group, The Orchard Music, and Blunt Recordings. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated:  August 9, 2022
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge