UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHANE RICHARDS,

                      Plaintiff,                                 **ORDER**

        -against-                                        **22-cv-06200 (KPF) (JW)**

WARNER MUSIC GROUP *et al.*,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement.  Dkt. No. 40.  Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by July 20th at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in August, September, or October.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

      Should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay a jury award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to

the settlement conference, and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

    SO ORDERED.

DATED:   New York, New York
             July 7, 2023

                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge