UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHANE RICHARDS,

                Plaintiff,             **ORDER**

      -against-                   **22-cv-06200 (KPF) (JW)**

WARNER MUSIC GROUP *et al.*,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    A settlement conference was previously scheduled for January 9th. Unfortunately, **the Court needs to reschedule the conference**. By December 15th, the Parties are directed to email Courtroom Deputy Christopher Davis at [WillisNYSDchambers@nysd.uscourts.gov](WillisNYSDchambers@nysd.uscourts.gov) with three new mutually agreeable dates in January, February, or March.

    SO ORDERED.

DATED:     New York, New York
                November 28, 2023

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge