

February 14, 2024             <u>Via ECF</u>

The Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     <u>Richards v. Warner Music Group et al., SDNY Civil Case No. 1:22-cv-06200</u>

To the Honorable Dale E. Ho,

Verna Law, P.C. represents Mr. Richards, the plaintiff, in the case referenced above.

This letter is written pursuant to Paragraph 2a of Your Honor's Individual Practices.

This letter is to request to extend the deadline to respond to the Motions to Dismiss that all Defendants in this matter have filed to March 15, 2024. I have conferred with counsel and Defendants' counsel has consented to this extension.

Thank you.

Very truly yours,

Anthony M. Verna III, Esq.

Application GRANTED.

Plaintiff's response to the Motions to Dismiss is due **March 15, 2024**. Plaintiff shall file a consolidated Opposition to the Motions to Dismiss, ECF Nos. 51, 55. Defendants' reply briefs, if any, are due **March 29, 2024**.

Defendant Warner Music Group's Motion to Dismiss, ECF No. 54, is rendered moot by its Amended Motion to Dismiss the Amended Complaint. ECF No. 55.

The Clerk of Court is respectfully requested to close ECF Nos. 54 and 58.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 15, 2024
New York, New York