**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHANE RICHARDS,

                Plaintiff,

-against-                            22 **CIVIL** 6200 (DEH)

                                            **<u>JUDGMENT</u>**

WARNER MUSIC GROUP, et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2024, Defendants' motions to dismiss are GRANTED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       September 26, 2024

                                                      **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                         **BY:**             *K. Mango*

                                                       **Deputy Clerk**